UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HOLLY KMITA, | Case No. ED CV 17-01235 CBM (SSx) |
|---|---|
| Plaintiff, | **(PROPOSED) ORDER STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

DATED: _____    _____

UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-5229-7549 v1

- 1 -

CASE NO. ED CV 17-01235 CBM (SSx)
(PROPOSED) ORDER RE STIP FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE