JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOLLY KMITA,

          Plaintiff,

v.

AETNA LIFE INSURANCE
COMPANY,

          Defendants.

Case No. ED CV 17-01235 CBM (SSx)

**ORDER STIPULATION FOR
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE [21]**

      The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

DATED: September 13, 2017    _____

                   CONSUELO B. MARSHALL

                   UNITED STATES DISTRICT JUDGE